```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GAETANO D'ATTORE,
                                    :
                Plaintiff,              REPORT & RECOMMENDATION
                                    :
        -against-                       10 Civ. 1782 (JSR)(MHD)
                                    :
CITY OF NEW YORK, et al.
                                    :
                Defendant.
------------------------------------x
```

TO THE HONORABLE JED S. RAKOFF, U.S.D.J.:

As stated in his letter of November 16, 2010, plaintiff Gaetano D'Attore consents to the dismissal of defendant Spencer. We therefore respectfully recommend that defendant Spencer be dismissed from this action with prejudice.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties shall have fourteen days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of Court and served on all adversaries, with extra copies to be delivered to the chambers of the Honorable Paul A. Crotty, Room 735, 500 Pearl Street, New York, New York 10007, and to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007. Failure to file timely objections may constitute a waiver of those objections both in the District Court and on later appeal to the United States Court of Appeals.

See Thomas v. Arn, 474 U.S. 140, 150 (1985); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).


Dated: New York, New York
       November 23, 2010

                                        RESPECTFULLY SUBMITTED,



                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE



Copies of the foregoing Report and Recommendation have been mailed this date to:

Gaetano D'Attore
241-07-06114
Northern Infirmary Command Center
1500 Hazen Street
Dorm 2-A
East Elmhurst, NY 11370

Brian J. Farrar, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007
(212) 341-0797
(212) 788-0367