UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GAETANO D'ATTORE,                   :
                                    :
                Plaintiff,          :
                                    :
        -v-                         :      10 Civ. 1782 (JSR)
                                    :
CITY OF NEW YORK, et al.,           :      ORDER
                                    :
                Defendants.         :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

      On March 14, 2011, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court dismiss the complaint as against defendant Frances Salmon, with prejudice. By letter dated March 18, 2011, pro se plaintiff Gaetano D'Attore objected to the Report, and on March 25, 2011, defendants filed a response thereto. Accordingly, the Court reviewed the Report, D'Attore's objections, defendants' response, and the underlying record de novo. Having done so, the Court finds itself in complete agreement with the well-reasoned Report, which the Court hereby adopts by reference. Thus, for the reasons stated in the Report, the Court dismisses the complaint, with prejudice, as against defendant Salmon.

      SO ORDERED.

Dated: New York, NY
       April 19, 2010

JED S. RAKOFF, U.S.D.J.